# United States Court of Appeals

## For the Eighth Circuit

_____

No. 18-1159

_____

United States of America

*Plaintiff - Appellee*

v.

Thomas Gregory Anderson, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: November 5, 2019
Filed: November 8, 2019
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

After a seven-day trial, a jury found Thomas Anderson, Jr., guilty of conspiracy to distribute and possess with intent to distribute 1,000 kilograms or more of marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii) and 846, and conspiracy to launder the marijuana-trafficking proceeds, in violation of 18 U.S.C.

§§ 1956(a)(1) and 1956(h). The district court[1] sentenced him to 180 months in prison and five years of supervised release. Anderson appeals, challenging the denial of his pretrial motions to dismiss the indictment based on conflicts of interest and alleged extortion on the part of his initial defense attorneys, and arguing that the government engaged in misconduct with regard to its alleged warrantless surveillance and failure to produce exculpatory evidence. Anderson also argues that the entire United States Attorney's Office should have been disqualified. Because our review of the record convinces us that the district court thoroughly considered and properly rejected Anderson's motions to dismiss the indictment after evidentiary hearings, and because Anderson's remaining arguments are conclusory, belated, and do not warrant relief, we affirm the judgment of the district court. We also deny as moot Anderson's pending motion for production of records.

---

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.